No. 382. SCHLEIER *v.* UNITED STATES. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Paul Koch* for petitioner. *Solicitor General Biggs* and *Mr. Harry S. Ridgely* for the United States.

No. 385. AMERICAN COMPRESS & WAREHOUSE Co. *v.* BENDER. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. Scott Wilkinson* and *C. Huffman Lewis* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Lee A. Jackson,* and *H. Brian Holland* for respondent.

No. 388. CARLSEN *v.* NEBRASKA. October 22, 1934. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Ernest B. Perry* and *Walter D. James* for petitioner. *Messrs. Paul F. Good* and *Wm. H. Wright* for respondent.

No. 390. KIMBALL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Watson Washburn* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 391. ILLINOIS CENTRAL R. Co. *v.* CRAIN, ADMINISTRATRIX. October 22, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs.*